```
1  McGREGOR W. SCOTT
   United States Attorney
2  KIMBERLY A. GAAB (SBN 166452)
   Assistant United States Attorney
3  United States Courthouse
   2500 Tulare Street, Suite 4401
4  Fresno, California 93721
   Telephone: (559) 497-4000
5  Facsimile: (559) 497-4099

6  Attorneys for Defendants United States of America
   and Donald C. Winter, Secretary of the Navy
7
```

### UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LT. RICHARD T. GENGLER and<br>LT. DANIEL S. McSEVENEY,<br><br>    Plaintiffs,<br><br>    v.<br><br>UNITED STATES OF AMERICA<br>THROUGH ITS DEPARTMENT OF<br>DEFENSE AND NAVY; and<br>SECRETARY DONALD C. WINTER,<br><br>    Defendants. | 1:06-cv-00362-OWW-LJO<br><br>**STIPULATION RE EX PARTE MOTION FOR ENTRY OF TEMPORARY RESTRAINING ORDER; ORDER THEREON** |

Plaintiffs Lt. Richard T. Gengler and Lt. Daniel S. McSeveney ("Plaintiffs") and Defendants United States of America and Donald C. Winter, Secretary of the Navy ("Defendants"), by and through undersigned counsel, hereby stipulate as follows with respect to Plaintiffs' pending ex parte motion for entry of a temporary restraining order, and respectfully request that the Court so approve.

1. Defendants shall maintain Plaintiffs' non-deployable status with the Navy through July 10, 2006 and will not deploy

Plaintiffs to Iraq or any location outside the Continental United States prior to July 10, 2006.

2.   Plaintiffs' withdraw their Ex Parte Motion for Order for Entry of Temporary Restraining Order and Order to Show Cause re Entry of Preliminary Injunction, filed April 3, 2006, without prejudice.

3.   Nothing in this Stipulation shall constitute a waiver of any claims by Plaintiff or any defenses that may be asserted by Defendants.  Defendants specifically reserve all of their defenses and objections in this action, including without limitation their defenses and objections under Rules 4, 8 and 12 of the Federal Rules of Civil Procedure and under all other applicable laws and procedural rules.

Respectfully submitted,

Dated:  April 5, 2006.        LEWIS BRISBOIS BISGAARD &
                              SMITH LLP


                         By:  /s/ Timothy R. Lord
                              TIMOTHY R. LORD
                              JEFFREY B. STOLTZ
                              Attorneys for Plaintiffs
                              Lt. Richard T. Gengler and
                              Lt. Daniel S. McSeveney


Dated:  April 5, 2006.        McGREGOR W. SCOTT
                              United States Attorney


                         By:  /s/ Kimberly A. Gaab
                              KIMBERLY A. GAAB
                              Assistant U.S. Attorney
                              Attorneys for Defendants
                              United States of America
                              and Donald C. Winter,
                              Secretary of the Navy

IT IS SO ORDERED.

**Dated:    April 6, 2006**                                    **/s/ Oliver W. Wanger**
emm0d6                                                         UNITED STATES DISTRICT JUDGE