```
McGREGOR W. SCOTT
United States Attorney
KIMBERLY A. GAAB (SBN 166452)
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099
```

Attorneys for Defendants United States of America
and Donald C. Winter, Secretary of the Navy

### UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LT. RICHARD T. GENGLER and<br>LT. DANIEL S. McSEVENEY,<br><br>           Plaintiffs,<br><br>     v.<br><br>UNITED STATES OF AMERICA<br>THROUGH ITS DEPARTMENT OF<br>DEFENSE AND NAVY; and<br>SECRETARY DONALD C. WINTER,<br><br>           Defendants. | 1:06-cv-00362-OWW-LJO<br><br>**STIPULATION RE PLAINTIFFS' NON-DEPLOYABLE STATUS AND DEFENDANTS' TIME TO RESPOND TO COMPLAINT; ORDER THEREON** |

   Plaintiffs Lt. Richard T. Gengler and Lt. Daniel S. McSeveney ("Plaintiffs") and Defendants United States of America and Donald C. Winter, Secretary of the Navy ("Defendants"), by and through undersigned counsel, hereby stipulate as follows with respect to Plaintiffs' non-deployable status, as previously set in forth in the Stipulation re Ex Parte Motion for Entry of Temporary Restraining Order and Order Thereon, filed April 7, 2006 (Doc. 12), and Defendants' time to respond to the complaint, and respectfully request that the Court so approve.

Good cause exists for this stipulation in that the parties are attempting in good faith to resolve this matter without the need for the Court to decide an ex parte motion for entry of a temporary restraining order.

1. Defendants shall extend Plaintiffs' non-deployable status with the Navy through August 9, 2006 and will not deploy Plaintiffs to Iraq or any location outside the Continental United States prior to August 9, 2006.

2. Defendants' deadline to respond to the complaint in this action shall be extended 60 days to August 4, 2006.

3. Nothing in this Stipulation shall constitute a waiver of any claims by Plaintiff or any defenses that may be asserted by Defendants. Defendants specifically reserve all of their defenses and objections in this action, including without limitation their defenses and objections under Rules 4, 8 and 12 of the Federal Rules of Civil Procedure and under all other applicable laws and procedural rules.

                                        Respectfully submitted,

Dated: June 1, 2006.         LEWIS BRISBOIS BISGAARD &
                                        SMITH LLP

                                By:   /s/ Timothy R. Lord
                                        TIMOTHY R. LORD
                                        JEFFREY B. STOLTZ
                                        Attorneys for Plaintiffs
                                        Lt. Richard T. Gengler and
                                        Lt. Daniel S. McSeveney

```
Dated:  June 1, 2006.                    McGREGOR W. SCOTT
                                         United States Attorney


                                    By:   /s/ Kimberly A. Gaab
                                         KIMBERLY A. GAAB
                                         Assistant U.S. Attorney
                                         Attorneys for Defendants
                                         United States of America
                                         and Donald C. Winter,
                                         Secretary of the Navy
```

IT IS SO ORDERED.

**Dated:   June 8, 2006**                        **/s/ Oliver W. Wanger**
emm0d6                                        UNITED STATES DISTRICT JUDGE