UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| LT. RICHARD T. GENGLER and LT. DANIEL S. McSEVENEY,<br><br>        Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA THROUGH ITS DEPARTMENT OF DEFENSE AND NAVY, and DOES 1-100, inclusive,<br><br>        Defendants. | CASE NO. 1:06-cv-00362 OWW (LJO)<br><br>**ORDER RE: PLAINTIFFS'** ***EX PARTE*** **MOTION FOR ENTRY OF TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE ENTRY OF PRELIMINARY INJUNCTION; AND ORDER RE PETITION FOR HABEAS CORPUS**<br><br>Date:    August 4, 2006<br>Time:   10:00 a.m.<br>Ctrm:   3<br><br>Action Filed: March 31, 2006 |

This matter being fully heard and argued, this Court ORDERS as follows:

WHEREFORE this Court finds that there is no clear showing under the law that the contract, even if mistaken, and having a seven-year term, takes precedence over the law requiring an eight-year term of service by a fixed wing jet aircraft pilot pending the receipt of further evidence and;

WHEREFORE at this stage, there simply has not been a sufficient showing of likelihood of success on the merits as there are too many disputed evidentiary issues as have been discussed and

1  debated between the parties on respective sides of this case at the hearing of the ex parte

2  application for TRO.

3  It is ORDERED that;

4  Plaintiffs' application for a temporary restraining order to order the immediate discharge of

5  the plaintiffs is **DENIED**; and

6  FURTHER ORDEREDffs' request for temporary injunctive relief to require the Navy not to

7  change the deployment status of the Plaintiffs is **DENIED WITHOUT PREJUDICE** and it is

8  further ORDERED that;

9  Defendants shall be required to give at least 20 days' notice of any intent to change

10  Plaintiffs' current non-deployment status so they can make application for appropriate relief to the

11  Court should that occur, and it is further ORDERED that

12  The request for an early setting of the case is **GRANTED** and on the 9th of August, at the

13  regularly set scheduling conference date, the expedited trial and discovery dates shall be set.

14  IT IS SO ORDERED.

15  **Dated:   August 10, 2006**              /s/ Oliver W. Wanger
    emm0d6                                    UNITED STATES DISTRICT JUDGE