LEWIS BRISBOIS BISGAARD & SMITH LLP
TIMOTHY R. LORD, SB# 213062
  E-Mail: lord@lbbslaw.com
JEFFREY B. STOLTZ, SB# 193108
  E-Mail: stoltz@lbbslaw.com
One Sansome Street, Suite 1400
San Francisco, California 94104
Telephone:   (415) 362-2580
Facsimile:   (415) 434-0882

Attorneys for Petitioners
LIEUTENANT COMMANDER RICHARD
T. GENGLER and LIEUTENANT COMMANDER DANIEL S. McSEVENEY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| LIEUTENANT COMMANDER RICHARD T. GENGLER and LIEUTENANT COMMANDER DANIEL S. McSEVENEY,<br><br>Plaintiffs/Petitioners,<br><br>v.<br><br>UNITED STATES OF AMERICA THROUGH ITS DEPARTMENT OF DEFENSE AND NAVY; AND SECRETARY DONALD C. WINTER,<br><br>Defendants. | CASE NO. 1:06-cv-00362 OWW (LJO)<br><br>**PETITIONERS' EX PARTE APPLICATION TO SHORTEN TIME FOR HEARING ON MOTION REQUESTING ORDER THAT DEFENDANTS ANSWER THE PETITIONS OF LIEUTENANT COMMANDERS GENGLER AND McSEVENEY; ORDER AUTHORIZING PETITIONERS DISCOVERY REQUESTS AND SETTING TIME FOR RESPONSES; ORDER GRANTING REQUEST FOR EVIDENTIARY HEARING PURSUANT TO THE HABEAS CORPUS RULES AND THE FEDERAL RULES OF CIVIL PROCEDURE**<br><br>DATE:<br>TIME:<br>CTRM:<br><br>Action Filed: March 31, 2006 |

4836-6499-5073.1

-1-

MOTION FOR EXPEDITED HEARING

Pursuant to L.R. Petitioners 6-144(e), Petitioners hereby seek an expedited hearing on their Motion Requesting Order that Defendants Answer the Petitions of Lieutenant Commanders Gengler and McSeveney, Order Authorizing Petitioners Discovery Requests and Setting Time For Responses; Order Granting Request for Evidentiary Hearing Pursuant to the Habeas Corpus Rules and the Federal Rules of Civil Procedure.

This Application is based on the Memorandum and Declaration of Timothy R. Lord filed in support that explains that Petitioners' Requests are urgent, that Defendants' counsel does not agree to stipulate to the requested expedited hearing date, and the time for Petitioners to obtain the requested relief of an evidentiary hearing on the merits is quickly coming to a close.

DATED: September 21, 2006         LEWIS BRISBOIS BISGAARD & SMITH LLP

By _____
Timothy R. Lord
Attorneys for Plaintiffs/Petitioners
LIEUTENANT COMMANDER RICHARD T.
GENGLER and LIEUTENANT COMMANDER
DANIEL S. McSEVENEY