LEWIS BRISBOIS BISGAARD & SMITH LLP
TIMOTHY R. LORD, SB# 213062
  E-Mail: lord@lbbslaw.com
JEFFREY B. STOLTZ, SB# 193108
  E-Mail: stoltz@lbbslaw.com
One Sansome Street, Suite 1400
San Francisco, California 94104
Telephone:  (415) 362-2580
Facsimile:   (415) 434-0882

Attorneys for Petitioners
LIEUTENANT COMMANDER RICHARD
T. GENGLER and LIEUTENANT COMMANDER DANIEL S. McSEVENEY

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
### FRESNO DIVISION

| | |
|---|---|
| LIEUTENANT COMMANDER RICHARD T. GENGLER and LIEUTENANT COMMANDER DANIEL S. McSEVENEY,<br><br>Plaintiffs/Petitioners,<br><br>v.<br><br>UNITED STATES OF AMERICA THROUGH ITS DEPARTMENT OF DEFENSE AND NAVY; AND SECRETARY DONALD C. WINTER,<br><br>Defendants. | CASE NO. 1:06-cv-00362 OWW (LJO)<br><br>**DECLARATION OF TIMOTHY R. LORD IN SUPPORT OF PETITIONERS' EX PARTE APPLICATION TO SHORTEN TIME ON MOTION REQUESTING ORDER THAT DEFENDANTS ANSWER THE PETITIONS OF LIEUTENANT COMMANDERS GENGLER AND McSEVENEY; ORDER AUTHORIZING PETITIONERS DISCOVERY REQUESTS AND SETTING TIME FOR RESPONSES; ORDER GRANTING REQUEST FOR EVIDENTIARY HEARING PURSUANT TO THE HABEAS CORPUS RULES AND THE FEDERAL RULES OF CIVIL PROCEDURE**<br><br>DATE:<br>TIME:<br>CTRM:<br><br>Filed on: March 31, 2006 |

I, TIMOTHY R. LORD, declare:

1. I am an attorney duly licensed to practice in all of the courts of the State of California and this District Court and a partner of Lewis Brisbois Bisgaard & Smith LLP, attorneys of record for Petitioners LIEUTENANT COMMANDERS RICHARD T. GENGLER and LT. DANIEL S. McSEVENEY herein. The facts set forth herein are of my own personal knowledge and if sworn I could and would testify competently thereto.

2. On September 20, 2006, I sent by e-mail correspondence a letter to Assistant United States Attorney Kimberly Gaab requesting that she stipulate to an expedited hearing on Petitioners' Motion Requesting Order that Defendants Answer the Petitions of Lieutenant Commanders Gengler and McSeveney, Order Authorizing Petitioners Discovery Requests and Setting Time For Responses; Order Granting Request for Evidentiary Hearing Pursuant to the Habeas Corpus Rules and the Federal Rules of Civil Procedure. See **Exhibit A** attached hereto.

3. On September 21, 2006, I followed up with another correspondence sent by facsimile. I did not receive a response. See **Exhibit B** attached hereto.

4. On September 21, 2006, at 12:00 p.m., I called Assistant United States Attorney Kimberly Gaab and left a voicemail message stating my request and asking for a return call. As of 1:30 p.m., I have not received a return call nor any written response to my correspondence.

5. Petitioners' Application for Shortening Time for Hearing on Motion Requesting Order that Defendants answer the Petitions of Lieutenant Commanders Gengler and McSeveney, Order Authorizing Petitioners Discovery Requests and Setting Time For Responses; Order Granting Request for Evidentiary Hearing Pursuant to the Habeas Corpus Rules and the Federal Rules of Civil Procedure is necessary due to the fact that Petitioners' claims are that pursuant to the contractual service terms contained in their Service Agreements, they should have been discharged from the military in the spring of 2006. Every day that they are held in the service of Defendants after that period, is a violation of their Constitutional rights to freedom, liberty and the pursuit of happiness.

6. This Court has stated there is the need for expedited discovery and handling of this matter, shortening the time in which the Court will hear Petitioners' motion on the evidentiary

issues will also serve to expedite justice without any prejudice to Defendants.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 21st day of September, 2006 at San Francisco, California.

_____
TIMOTHY R. LORD

**EXHIBIT A**

**From:** TIMOTHY LORD
**To:** Kimberly.Gaab@usdoj.gov
**Date:** 9/20/2006 4:44:23 PM
**Subject:** Gengler McSeveney

Kim, please advise by noon tomorrow, September 21, if you will stipulate to an expedited hearing on the motion served by e-filing today.
Tim


Timothy R. Lord
Lewis Brisbois Bisgaard & Smith LLP
One Sansome St., Suite 1400
San Francisco, California 94104
voice: 415.262.8551
cell: 415.847.0159
fax: 415.434.0882
e-mail: lord@lbbslaw.com

The information contained in this e-mail message may be privileged, confidential and protected from disclosure. If you are not the intended recipient, any dissemination, distribution or copying is strictly prohibited. If you think you have received this e-mail message in error, please e-mail the sender at lord@lbbslaw.com

**EXHIBIT B**

# LEWIS BRISBOIS BISGAARD & SMITH LLP

ATTORNEYS AT LAW

ONE SANSOME STREET, SUITE 1400, SAN FRANCISCO, CA 94104
PHONE: 415.362.2580 | FAX: 415.434.0882 | WEBSITE: www.lbbslaw.com

**TIMOTHY R. LORD**
DIRECT DIAL: 415.262.8551
E-MAIL: lord@lbbslaw.com

September 21, 2006

FILE NO.
28236-2/28237-2

**VIA FACSIMILE** (559) 497-4099

Kimberly A. Gaab
Assistant U.S. Attorney
United States Department of Justice
United States Attorney
Eastern District of California
2500 Tulare Street, Suite 4401
Fresno, CA 93721

    Re:   *Gengler and McSeveney v. United States, et al.*
           Case No.: 1:06-CV-00362 OWW (LJO) (Eastern District of California)

Dear Ms. Gaab:

Please advise whether you will stipulate to an expedited hearing on the motion I filed yesterday. Thank you.

Very truly yours,

*[signature]*

Timothy R. Lord of
LEWIS BRISBOIS BISGAARD & SMITH LLP

TRL:sa

| LOS ANGELES | SAN DIEGO | COSTA MESA | INLAND EMPIRE | SACRAMENTO | NEW YORK | LAS VEGAS | PHOENIX | TUCSON | CHICAGO |
|---|---|---|---|---|---|---|---|---|---|
| 213.250.1800 | 619.233.1006 | 714.545.9200 | 909.387.1130 | 916.564.5400 | 212.232.1300 | 702.893.3383 | 602.385.1040 | 520.202.2565 | 312.345.1718 |

4848-9137-1777.1

## Confirmation Report - Memory Send

Time : Sep-21-06 10:13am
Tel line : 4154340882
Name : LEWIS BRISBOIS BISGAARD + SMITH

| | |
|---|---|
| Job number | : 212 |
| Date | : Sep-21 10:12am |
| To | : 15594974099 |
| Document pages | : 02 |
| Start time | : Sep-21 10:12am |
| End time | : Sep-21 10:13am |
| Pages sent | : 02 |
| Status | : OK |

Job number : 212         \*\*\* SEND SUCCESSFUL \*\*\*

## LEWIS BRISBOIS BISGAARD & SMITH LLP
### ATTORNEYS AT LAW
ONE SANSOME STREET, SUITE 1400, SAN FRANCISCO, CA 94104
PHONE: 415.362.2580 | FAX: 415.434.0882 | WEBSITE: www.lbbslaw.com

TIMOTHY R. LORD
DIRECT DIAL: 415.262.8551
E-MAIL: lord@lbbslaw.com

September 21, 2006

FILE NOS.
28236-2 AND 28237-2

| | | Phone Number | Fax Number |
|---|---|---|---|
| To: | Kimberly Ann Gaab, Esq.<br>Offices of the United States Attorney | (559) 497-4041 | (559) 497-4099 |
| From: | Timothy R. Lord    415.262.8551 | | |
| Pages: | 2 | | |
| File Nos.: | 28236-2 and 28237-2 | | |
| Re: | *Gengler and McSeveney v. United States, et al.* | | |

Message:

PLEASE CALL (415) 362-2580, EXT. 8543 IMMEDIATELY IF THERE ARE ANY PROBLEMS WITH THIS TRANSMISSION.

The information contained in this facsimile message is intended only for the personal and confidential use of the designated recipients named above. This message may be an attorney-client communication, and as such, is privileged and confidential. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error, and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and return the original message to us by mail. Thank you.

LOS ANGELES  SAN DIEGO    COSTA MESA    INLAND EMPIRE  SACRAMENTO  NEW YORK      LAS VEGAS      PHOENIX        TUCSON          CHICAGO
(213) 250-1800  (619) 233-1006  (714) 545-9200  (909) 387-1130   (916) 564-5400  (212) 232-1300  (702) 893-3383  (602) 385-1040  (520) 202-2565  (312) 345-1718

4840-9025-5105.1

# LEWIS BRISBOIS BISGAARD & SMITH LLP

ATTORNEYS AT LAW

ONE SANSOME STREET, SUITE 1400, SAN FRANCISCO, CA 94104
PHONE: 415.362.2580 | FAX: 415.434.0882 | WEBSITE: www.lbbslaw.com

**TIMOTHY R. LORD**　　　　　　　　　September 21, 2006　　　　　　　　FILE NOS.
DIRECT DIAL: 415.262.8551　　　　　　　　　　　　　　　　　　　　　28236-2 AND 28237-2
E-MAIL: lord@lbbslaw.com

|  |  | Phone Number | Fax Number |
|---|---|---|---|
| To: | Kimberly Ann Gaab, Esq.<br>Offices of the United States Attorney | (559) 497-4041 | (559) 497-4099 |
| From: | Timothy R. Lord　　415.262.8551 | | |
| Pages: | 2 | | |
| File Nos.: | 28236-2 and 28237-2 | | |
| Re: | *Gengler and McSeveney v. United States, et al.* | | |

**Message:**

PLEASE CALL (415) 362-2580, EXT. 8543 IMMEDIATELY IF THERE ARE ANY PROBLEMS WITH THIS TRANSMISSION.

The information contained in this facsimile message is intended only for the personal and confidential use of the designated recipients named above. This message may be an attorney-client communication, and as such, is privileged and confidential. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error, and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and return the original message to us by mail. Thank you.

| LOS ANGELES | SAN DIEGO | COSTA MESA | INLAND EMPIRE | SACRAMENTO | NEW YORK | LAS VEGAS | PHOENIX | TUCSON | CHICAGO |
|---|---|---|---|---|---|---|---|---|---|
| (213) 250-1800 | (619) 233-1006 | (714) 545-9200 | (909) 387-1130 | (916) 564-5400 | (212) 232-1300 | (702) 893-3383 | (602) 385-1040 | (520) 202-2565 | (312) 345-1718 |

4840-9025-5105.1