McGREGOR W. SCOTT
United States Attorney
KIMBERLY A. GAAB (SBN 166452)
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone:  (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Defendants United States of America
and Donald C. Winter, Secretary of the Navy

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LT. RICHARD T. GENGLER and LT. DANIEL S. McSEVENEY,<br><br>  Plaintiffs/Petitioners,<br><br>  v.<br><br>UNITED STATES OF AMERICA THROUGH ITS DEPARTMENT OF DEFENSE AND NAVY; and SECRETARY DONALD C. WINTER,<br><br>  Defendants. | 1:06-cv-00362-OWW-LJO<br><br>**ORDER RE PETITIONERS' EX PARTE APPLICATION FOR ORDER SHORTENING TIME FOR HEARING** |

The Court, having considered the papers in support of and in opposition to Petitioners' ex parte application for order shortening time for hearing, and the argument of counsel at the conference on September 28, 2006, hereby orders as follows:

1.  Defendants shall file on or before October 12, 2006 (1) their proposed motion to dismiss Petitioners' amended petitions for writ of habeas corpus, and (2) their opposition to Petitioners' pending motion, filed September 20, 2006, requesting that Defendants answer the petitions and respond to discovery and that an evidentiary hearing be set.

    2.   Petitioners' response to Defendants' motion to dismiss shall be filed on or before October 18, 2006.

    3.   No reply papers to the above motions shall be filed by the parties.

    4.   The above motions shall be heard on October 23, 2006, at 10:00 a.m., in Courtroom 3.

Dated: October 5, 2006                     /s/ OLIVER W. WANGER

                                          _____
                                          OLIVER W. WANGER
                                        UNITED STATES DISTRICT JUDGE

PRESENTED BY:

    McGREGOR W. SCOTT
    United States Attorney


By:  /s/ Kimberly A. Gaab
    KIMBERLY A. GAAB
    Assistant U.S. Attorney
    Attorneys for Defendants
    United States of America
    and Donald C. Winter,
    Secretary of the Navy