# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LT. CMDR. RICHARD T. GENGLER and LT. CMDR. DANIEL S. McSEVENEY,<br><br>Petitioners,<br><br>v.<br><br>UNITED STATES OF AMERICA THROUGH ITS DEPARTMENT OF DEFENSE AND NAVY; and SECRETARY DONALD C. WINTER,<br><br>Respondents. | 1:06-CV-00362 OWW LJO<br><br>FURTHER STAY OF ORDER RELEASING PETITIONER GENGLER ON BAIL. |

The request of the government for a further stay of the November 2, 2006 order enlarging Petitioner Gengler on bail is GRANTED. The order is further STAYED until November 3, 2006, at 5:00 p.m.

SO ORDERED

DATED: November 3, 2006

/s/ Oliver W. Wanger
**OLIVER W. WANGER
UNITED STATES DISTRICT JUDGE**