**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LT. CMDR. RICHARD T. GENGLER and LT. CMDR. DANIEL S. McSEVENEY,<br><br>        Plaintiffs,<br><br>  v.<br><br>UNITED STATES OF AMERICA THROUGH ITS DEPARTMENT OF DEFENSE AND NAVY, and SECRETARY DONALD C. WINTER,<br><br>        Defendants. | 1:06-cv-0362 OWW LJO<br><br>ORDER AFTER SCHEDULING CONFERENCE<br><br>Further Scheduling Conference Date: 1/4/07 8:45 Ctrm. 3 |

**I.  Date of Scheduling Conference.**

    December 13, 2006.

**II.  Appearances Of Counsel.**

    Lewis Brisbois Bisgaard & Smith LLP by Timothy R. Lord, Esq., Charles D. Weisselberg, Esq., and Jennifer Lopez, Esq., appeared on behalf of Plaintiffs.

    Kimberly A. Gaab, Esq., Assistant United States Attorney, appeared on behalf of Defendants.

**III.  Status of Case.**

    1.  The government has reported that discharge orders have been issued for Plaintiffs in this case and are expected to take

1

1   effect within 24 to 48 hours.
2       2.   Plaintiffs seek reasonable opportunity to evaluate the
3   significance and consequences of this development in the
4   litigation.
5       GOOD CAUSE APPEARING this Scheduling Conference is continued
6   to January 4, 2007, at 8:45 a.m., if necessary.  If the parties
7   believe that no further action is required in this lawsuit, they
8   are requested to notify the Court and the January Scheduling
9   Conference will be vacated.
10
11  IT IS SO ORDERED.
12  **Dated:   December 14, 2006**              **/s/ Oliver W. Wanger**
    emm0d6                                UNITED STATES DISTRICT JUDGE