McGREGOR W. SCOTT
United States Attorney
KIMBERLY A. GAAB (SBN 166452)
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Defendants/Respondents United States
of America and Donald C. Winter, Secretary of the Navy

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LT. CMDR. RICHARD T. GENGLER and LT. CMDR. DANIEL S. McSEVENEY,<br><br>    Plaintiffs/Petitioners,<br><br>v.<br><br>UNITED STATES OF AMERICA THROUGH ITS DEPARTMENT OF DEFENSE AND NAVY; and SECRETARY DONALD C. WINTER,<br><br>    Defendants/Respondents. | 1:06-cv-00362-OWW-WMW<br><br>**EX PARTE REQUEST TO CONTINUE MOTION FOR PETITIONERS' ATTORNEYS' FEES; ORDER THEREON** |

   Defendants/Respondents United States of America and Donald C. Winter, Secretary of the Navy ("United States") hereby request a continuance of the Motion for Petitioners' Attorneys' Fees, filed March 5, 2007 (Doc. 122), set for hearing on April 16, 2007, to 60 days following entry of judgment in this action, based on the attached declaration of the United States' counsel.

Dated:   March 16, 2006.                McGREGOR W. SCOTT
                                        United States Attorney


                                  By:   /s/Kimberly A. Gaab
                                        KIMBERLY A. GAAB
                                        Assistant U.S. Attorney
                                        Attorneys for Defendants
                                        United States of America
                                        and Donald C. Winter,
                                        Secretary of the Navy

## DECLARATION OF KIMBERLY A. GAAB

I, Kimberly A. Gaab, pursuant to 28 U.S.C. § 1746, declare:

1.   I am an Assistant United States Attorney for the Eastern District of California and an attorney of record for the United States in this action.  I have personal knowledge of the matters set forth herein, and if called upon to testify, could and would competently testify thereto.

2.   On March 5, 2007, Petitioners filed a 261-page motion for attorney fees in this action (Doc. 122), seeking attorney fees under the Equal Access to Justice Act.  The motion is premature in that the action has not yet been dismissed or otherwise resolved.  In fact, the United States has a pending motion to dismiss the case as moot, set for hearing on April 2, 2007, which Petitioners have opposed (see Doc. 125).  Until a determination is made with respect to the disposition of the case, any attorney fees motion is premature.  Moreover, the disposition of the case will likely be relevant to the issues in the attorney fees motion.

3.   There is no immediacy to the motion and no reason to have it heard before it is fully considered by the United States and the Court after a determination is made with respect to the

2

disposition of the case.  From the face of the motion, it is immediately apparent that it lacks merit in that approximately $100,000 of the $200,000 of attorney fees sought are claimed by a firm that associated in one day before orders were issued discharging Petitioners from the military and mooting the case.

    4.   I am not in a position to respond to the motion in the next 60 days.  I have an active civil caseload of in excess of 35 cases.  In the next 60 days, I have a Ninth Circuit brief due in an employment case involving complex issues related to national security, cross-motions for summary judgment in an action for review of an administrative decision of the United States Department of Agriculture, and initial discovery in several tort cases.  I also anticipate drafting a motion to quash the subpoena of federal records in a criminal matter, taking and defending depositions for approximately 10 experts in a medical malpractice action with an expert discovery deadline of May 10, and defending several depositions in a forest fire case involving the destruction of 56,000 acres of national forest land.  All of these obligations prevent me from adequately responding to the voluminous attorney fees motion filed by Petitioners.

    5.   I spoke to Petitioners' counsel, Jennifer Lopez, and requested a continuance of the hearing date on the attorney fees motion to 60 days after entry of judgment in the case.  Ms. Lopez initially conditioned a continuance on the United States agreeing to Petitioners' proposed stipulation (including 10 purported undisputed facts) dismissing the case.  Ms. Lopez stated today that she would agree to only a three- or four-week continuance of the hearing.

6. In light of the foregoing, it is respectfully requested that the Court continue the premature Motion for Petitioners' Attorneys' Fees to 60 days after entry of judgment in this action.

I declare under penalty of perjury that the foregoing is true and correct. Executed on March 16, 2007.

```
                              __/s/Kimberly A. Gaab___
                                  KIMBERLY A. GAAB
```

ORDER

IT IS SO ORDERED that the Motion for Petitioners' Attorneys' Fees, currently set for April 16, 2007, is continued to 60 days after entry of judgment in this action.

```
Dated: 3/23/07               /s/ Oliver W. Wanger
                          _____
                              OLIVER W. WANGER
                          UNITED STATES DISTRICT JUDGE
```

4
EX PARTE REQUEST TO CONTINUE MOTION FOR PETITIONERS'
ATTORNEYS' FEES; [PROPOSED] ORDER THEREON