| | |
|---|---|
| 1 | Lewis Brisbois Bisgaard & Smith LLP |
| | TIMOTHY R. LORD (SBN 213062) |
| 2 | Email: lord@lbbslaw.com |
| | JEFFREY B. STOLTZ (SBN 193108) |
| 3 | Email: stoltz@lbbslaw.com |
| | One Sansome Street, Suite 1400 |
| 4 | San Francisco, California 94104 |
| | Telephone: (415) 362-2580 |
| 5 | Facsimile: (415) 434-0882 |
| 6 | CHARLES D. WEISSELBERG (SBN 105015) |
| | Email: cweisselberg@law.berkeley.edu |
| 7 | University of California |
| | School of Law (Boalt Hall) |
| 8 | Berkeley, CA 94720-7200 |
| | Telephone: (510) 643-8159 |
| 9 | Facsimile: (510) 642-3856 |
| 10 | Bingham McCutchen LLP |
| | WILLIAM D. KISSINGER (SBN 135276) |
| 11 | Email: william.kissinger@bingham.com |
| | JENNIFER LOPEZ (SBN 232320) |
| 12 | Email: jennifer.lopez@bingham.com |
| | Three Embarcadero Center |
| 13 | San Francisco, CA 94111-4067 |
| | Telephone: (415) 393-2000 |
| 14 | Facsimile: (415) 393-2286 |
| 15 | Attorneys for Petitioners |
| | RICHARD T. GENGLER and DANIEL S. |
| 16 | MCSEVENEY |

**FILED**

MAY 2 1 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| LT. CMDR. RICHARD T. GENGLER and LT. CMDR. DANIEL S. McSEVENEY, | No. 1:06-CV-00362 OWW (WMW) |
| Plaintiffs/Petitioners, | STIPULATION AND [PROPOSED] ORDER CONTINUING THE HEARING DATE ON PETITIONERS' MOTION FOR ATTORNEYS' FEES |
| v. | |
| UNITED STATES OF AMERICA THROUGH ITS DEPARTMENT OF DEFENSE AND NAVY; AND SECRETARY DONALD C. WINTER, | |
| Defendants/Respondents. | |

OC/235787.1/0999995-2960011934

STIPULATION AND [PROPOSED] ORDER CONTINUING THE HEARING DATE ON
PETITIONERS' MOTION FOR ATTORNEYS' FEES -- 1:06-CV-00362 OWW (LJO)

1  Petitioners Richard T. Gengler and Daniel S. McSeveney ("Petitioners") and
2  Respondents United States of America through its Department of Defense and Navy and
3  Secretary Donald C. Winter ("Respondents"), through their counsel of record, hereby stipulate as
4  follows:

6  **WHEREAS**, Petitioners filed their Motion for Attorneys' Fees on March 5, 2007.

8  **WHEREAS**, the hearing on the Motion for Attorneys' Fees was originally scheduled for
9  April 16, 2007.

11 **WHEREAS**, this Court granted Respondents' Request to Continue the Hearing on the
12 Motion for Attorneys' Fees to 60 days following entry of final judgment.

14 **WHEREAS**, this Court entered final judgment in this case on April 4, 2007.

16 **WHEREAS**, the parties have agreed to schedule the hearing date on the Motion for
17 Attorneys' Fees for June 11, 2007.

19 **IT IS HEREBY STIPULATED AND AGREED** by the parties to this action, through
20 their undersigned counsel, as follows:

22 1. The parties have agreed that in furtherance of the above, the hearing on the
23 Motion for Attorneys' Fees will be scheduled for June 11, 2007, at 10:00 a.m.

OC/235787.1/0999995-2960011934

STIPULATION AND [PROPOSED] ORDER CONTINUING THE HEARING DATE ON
PETITIONERS' MOTION FOR ATTORNEYS' FEES -- 1:06-CV-00362 OWW (LJO)

| | | |
|---|---|---|
| 1 | DATED: April 23, 2007 | BINGHAM MCCUTCHEN LLP |
| 2 | | |
| 3 | | By: /s/ Jennifer A. Lopez |
| 4 | | JENNIFER A. LOPEZ |
| 5 | | Attorneys for Petitioners Richard T. Gengler and Daniel S. McSeveney |
| 6 | | |
| 7 | DATED: April 23, 2007 | McGREGOR W. SCOTT United States Attorney |
| 8 | | |
| 9 | | |
| 10 | | By: /s/ Kimberly A. Gaab |
| 11 | | KIMBERLY A. GAAB Assistant United States Attorney |
| 12 | | Attorneys for Defendants United States of America and Donald C. Winter, Secretary of the Navy |
| 13 | | |

Upon stipulation of the parties and good cause appearing,

IT IS HEREBY ORDERED that:

The hearing on Petitioners' Motion for Attorneys' Fees, filed March 5, 2007, will be heard on June 11, 2007, at 10:00 a.m.

Date  5-21-07

OLIVER W. WANGER
UNITED STATES DISTRICT JUDGE

OC/235787.1/0999995-2960011934

2

STIPULATION AND [PROPOSED] ORDER CONTINUING THE HEARING DATE ON
PETITIONERS' MOTION FOR ATTORNEYS' FEES — 1:06-CV-00362 OWW (LJO)