Lewis Brisbois Bisgaard & Smith LLP
TIMOTHY R. LORD (SBN 213062)
 Email: lord@lbbslaw.com
JEFFREY B. STOLTZ (SBN 193108)
 Email: stoltz@lbbslaw.com
One Sansome Street, Suite 1400
San Francisco, California  94104
Telephone:  (415) 362-2580
Facsimile:  (415) 434-0882

CHARLES D. WEISSELBERG (SBN 105015)
 Email: cweisselberg@law.berkeley.edu
University of California
School of Law (Boalt Hall)
Berkeley, CA  94720-7200
Telephone:  (510) 643-8159
Facsimile:  (510) 642-3856

Bingham McCutchen LLP
WILLIAM D. KISSINGER (SBN 135276)
 Email: william.kissinger@bingham.com
JENNIFER LOPEZ (SBN 232320)
 Email: jennifer.lopez@bingham.com
Three Embarcadero Center
San Francisco, CA  94111-4067
Telephone:  (415) 393-2000
Facsimile:  (415) 393-2286

Attorneys for Petitioners
RICHARD T. GENGLER and DANIEL S.
MCSEVENEY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| LT. CMDR. RICHARD T. GENGLER and LT. CMDR. DANIEL S. McSEVENEY,<br><br>    Plaintiffs/Petitioners,<br>    v.<br><br>UNITED STATES OF AMERICA THROUGH ITS DEPARTMENT OF DEFENSE AND NAVY; AND SECRETARY DONALD C. WINTER,<br><br>    Defendants/Respondents. | No. 1:06-CV-00362  OWW (WMW)<br><br>**STIPULATION AND ORDER CONTINUING THE HEARING DATE ON PETITIONERS' MOTION FOR ATTORNEYS' FEES** |

A/72076803.1/0999995-2960011934

PDF created with pdfFactory trial version www.pdffactory.com

Petitioners Richard T. Gengler and Daniel S. McSeveney ("Petitioners") and Respondents United States of America through its Department of Defense and Navy and Secretary Donald C. Winter ("Respondents"), through their counsel of record, hereby stipulate as follows:

**WHEREAS**, Petitioners filed their Motion for Attorneys' Fees on March 5, 2007.

**WHEREAS**, the hearing on the Motion for Attorneys' Fees was originally scheduled for April 16, 2007.

**WHEREAS**, this Court granted Respondents' Request to Continue the Hearing on the Motion for Attorneys' Fees to 60 days following entry of final judgment.

**WHEREAS**, this Court entered final judgment in this case on April 4, 2007.

**WHEREAS**, the parties agreed to schedule the hearing date on the Motion for Attorneys' Fees for June 11, 2007.

**WHEREAS**, this Court continued the June 11, 2007 hearing on Petitioners' Motion for Attorneys' Fees to July 30, 2007 due to the press of business.

**WHEREAS**, the new schedule set by the Court conflicts with Respondents' counsel's pre-planned vacation.

**WHEREAS**, the parties have agreed to continue the hearing date on the Motion for Attorneys' Fees to August 6, 2007.

A/72076803.1/0999995-2960011934

PDF created with pdfFactory trial version www.pdffactory.com

**IT IS HEREBY STIPULATED AND AGREED** by the parties to this action, through their undersigned counsel, as follows:

1. The parties have agreed that in furtherance of the above, the hearing on the Motion for Attorneys' Fees will be continued to August 6, 2007, at 10:00, a.m.

DATED: June __, 2007        BINGHAM MCCUTCHEN LLP


By: _____
    JENNIFER A. LOPEZ
    Attorneys for Petitioners Richard T. Gengler
    and Daniel S. McSeveney

DATED: June __, 2007        McGREGOR W. SCOTT
                            United States Attorney


By: _____
    KIMBERLY A. GAAB
    Assistant United States Attorney
    Attorneys for Respondents United States of
    America and Donald C. Winter, Secretary of the
    Navy

Upon stipulation of the parties and good cause appearing,

IT IS HEREBY ORDERED that:

The hearing on Petitioners' Motion for Attorneys' Fees, filed March 5, 2007, will be heard on August 6, 2007, at 10:00 a.m.

Date   7/3/2007            /s/ Oliver W. Wanger
                           OLIVER W. WANGER
                           UNITED STATES DISTRICT JUDGE

A/72076803.1/0999995-2960011934       2

STIPULATION AND [PROPOSED] ORDER CONTINUING THE HEARING DATE ON
PETITIONERS' MOTION FOR ATTORNEYS' FEES -- 1:06-CV-00362  OWW (LJO)
PDF created with pdfFactory trial version www.pdffactory.com