UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| RICHARD T. GENGLER and DANIEL S. McSEVENEY,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>UNITED STATES OF AMERICA THROUGH ITS DEPARTMENT OF DEFENSE AND NAVY, and DOES 1-100, inclusive,<br><br>　　　　　Defendants. | CASE NO. 1:06-cv-00362 OWW (LJO)<br><br>**ORDER GRANTING IN PART AND DENYING IN PART PETITIONERS' MOTION FOR ATTORNEYS' FEES**<br><br>Action Filed: March 31, 2006 |

This matter being fully heard and argued, this Court ORDERS as follows:

Petitioners' Motion for Attorneys' Fees is granted in part and denied in part.

The Motion is granted as to Lewis Brisbois Bisgaard & Smith, and EAJA attorneys' fees are hereby awarded to Lewis Brisbois Bisgaard & Smith LLP and Timothy R. Lord, jointly, in the amount of $68,912.50.

The Motion is denied as to Bingham McCutchen LLP.

**IT IS SO ORDERED.**

DATED: January 27, 2010    /s/ OLIVER W. WANGER
　　　　　　　　　　　　　　　UNITED STATES SENIOR DISTRICT JUDGE